

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00744-CR

Arturo **NORIEGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4087
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 23, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice